Commonwealth ex rel. Seifert, Appellant, *v.*
Cavell.

Submitted March 15, 1965.
*Charles F. Seifert,* appellant, in propria persona;
*Ralph J. Althouse, Jr.,* Assistant District Attorney,

728

and *W. Richard Eshelman*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.